**Brief Stricken and Order filed August 8, 2017**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00094-CR
NO. 14-17-00095-CR

_____

**LOUIS H. WEST, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 180th District Court
Harris County, Texas
Trial Court Cause Nos. 1452365 & 1452366**

## ORDER

Appellant's briefs disclose the name of a child victim under the age of 17. Accordingly, the brief is **STRICKEN**. *See* Tex. R. App. P. 9.10(b).

Appellant is ordered to file a brief that complies with Tex. Code Crim. Proc. art. 57.02 and Tex. R. App. P. 9.10 on or before **August 18, 2017**.

PER CURIAM